DURRETT, ROSEHILL & MA, LLLP

JONATHAN S. DURRETT      (3184)
ADRIAN W. ROSEHILL           (3868)
Davies Pacific Center
841 Bishop Street, Suite 1101
Honolulu, Hawaii 96813
Telephone:  (808) 526-0892
Facsimile:   (808) 533-4399
jdurrett@drmhawaii.com
arosehill@drmhawaii.com

Attorneys for Plaintiffs
SANTI LOVATANAPONGSA
and MALEENEE LOVATANAPONGSA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SANTI LOVATANAPONGSA and MALEENEE LOVATANAPONGSA,<br><br>            Plaintiffs,<br><br>   vs.<br><br>MAXWELL R. S. MANERA and ADELE S. MANERA; GMAC MORTGAGE, LLC, a Delaware limited liability company; JOHN and JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; and DOE ENTITIES 1-10,<br><br>            Defendants,<br>_____ | CIVIL NO. 12-00329 HG-KSC (Foreclosure)<br><br>**NOTICE OF STATUS CONFERENCE RE: TRIAL DATE AND OTHER DEADLINES; CERTIFICATE OF SERVICE**<br><br>STATUS CONFERENCE:<br>  DATE:  May 9, 2013<br>  TIME:  9:00 a.m.<br>  JUDGE: The Honorable Magistrate<br>              Kevin S.C. Chang |

| | |
|---|---|
| MAXWELL R. S. MANERA and ADELE S. MANERA,<br><br>    Third-Party Plaintiffs,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE & ESCROW OF HAWAII, INC.<br><br>    Third-Party Defendant. | |

I:\CLIENT FILES\Lovatanapongsa, Santi\Pleadings - Federal\130430 Notice of Status Conference.Ver.2.doc

## NOTICE OF STATUS CONFERENCE
## RE: TRIAL DATE AND OTHER DEADLINES

TO: MELODIE R. ADUJA, ESQ.
   ADUJA & ADUJA
   Attorneys at Law, LLLC
   Century Square, Suite 1906
   1188 Bishop Street
   Honolulu, HI  96813

   Attorney for Defendants/Third-Party Plaintiffs
   MAXWELL R. S. MANERA and
   ADELE S. MANERA


   LARREN M. NASHELSKY, ESQ.
   GARY S. LEE,  ESQ.
   LORENZO MARINUZZI. ESQ.
   MORRISON & FOERSTER LLP
   1290 Avenue of the Americas
   New York, NY  10104

Attorneys for Defendant/Debtor
GMAC MORTGAGE, LLC


FIDELITY NATIONAL TITLE &
ESCROW OF HAWAII, INC.
201 Merchant Street, Suite 2100
Honolulu, HI  96813

Third-Party Defendant


NOTICE IS HEREBY GIVEN that the Final Pretrial Conference set for Tuesday, May 7, 2013 is hereby vacated.

FURTHER NOTICE IS HEREBY GIVEN that the above-described Status Conference re: Trial Date and Other Deadlines has been set before the Honorable Magistrate Kevin S.C. Chang, Judge of the above-entitled Court, in his courtroom, in the U.S. District Court, United States Courthouse, 2nd Floor, 300 Ala Moana Boulevard, Honolulu, Hawaii, 96850, on Thursday, the 9th day of May, 2013, at 9 o'clock A.M., or as soon thereafter as counsel may be heard.

DATED:  Honolulu, Hawaii, April 30, 2013.


       /s/Adrian W. Rosehill
       JONATHAN S. DURRETT
       ADRIAN W. ROSEHILL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SANTI LOVATANAPONGSA and MALEENEE LOVATANAPONGSA,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>MAXWELL R. S. MANERA and ADELE S. MANERA; GMAC MORTGAGE, LLC, a Delaware limited liability company; JOHN and JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; and DOE ENTITIES 1-10,<br><br>　　　　　Defendants,<br>_____<br><br>MAXWELL R. S. MANERA and ADELE S. MANERA,<br><br>　　　　　Third-Party<br>　　　　　Plaintiffs,<br><br>　vs.<br><br>FIDELITY NATIONAL TITLE & ESCROW OF HAWAII, INC.<br><br>　　　　　Third-Party<br>　　　　　Defendant. | CIVIL NO**.** 12-00329 HG-KSC (Foreclosure)<br><br>**CERTIFICATE OF SERVICE** |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Notice of Status Conference re: Trial Date and Other Deadlines will be served on the above-identified parties at their respective addresses by means of depositing the same in the United States mail, postage prepaid.

DATED:  Honolulu, Hawaii, April 30, 2013.

/s/Adrian W. Rosehill
JONATHAN S. DURRETT
ADRIAN W. ROSEHILL